PEARSON, J.

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE MATULA, | ) | CASE NO.  5:20-CV-876 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| THE TRIPLE H MAGAZINE, INC., | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

Given that Attorney Richard P. Liebowitz is not admitted to practice in the Northern District of Ohio and has failed to seek admission (*See* Marginal Order, 4/24/2020), Plaintiff is considered *Pro Se*.

Plaintiff George Matula shall have an attorney admitted to practice before the Court file a notice of appearance within seven days of this Order.  In the alternative, Plaintiff shall respond to Defendant The Triple H. Magazine, Inc.'s Motion for Leave to File Third-Party Complaint (ECF No. 18) within seven days of this Order.  Plaintiff is ordered to provide his contact information to the Court within that same time frame.

Defense counsel shall serve this ruling on Plaintiff and file a notice on the public docket indicating such.  The parties are reminded that a Telephonic Case Management Conference is scheduled for June 22, 2020 at 2:00 p.m.  ECF No. 17.

IT IS SO ORDERED.


  June 15, 2020                                    */s/ Benita Y. Pearson*
Date                                               Benita Y. Pearson
                                                   United States District Judge