PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE MATULA, | ) | |
| | ) | CASE NO. 5:20CV876 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| TRIPLE H MAGAZINE, INC, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

The Court has repeatedly stated that Attorney Richard P. Liebowitz is not admitted to practice law in this district and has not sought admission to do so. *See* Notice to Attorney Richard B. Liebowitz, 4/24/2020; ECF No. 20. Despite this fact, Attorney Liebowitz participated in a Rule 26(f) conference (ECF No. 22) and a Telephonic Case Management Conference (ECF No. 24) on behalf of Plaintiff. Attorney Liebowitz has also not responded to the Court's order requiring that he file a motion to withdraw on or before August 31, 2020. ECF No. 34. In this District, Plaintiff is represented only by Attorney James. H. Freeman. *See* ECF No. 33.

Only counsel of record may participate in proceedings before the Court, including the upcoming November 2, 2020 Telephonic Status Conference.

IT IS SO ORDERED.

  September 28, 2020               */s/ Benita Y. Pearson*
Date                               Benita Y. Pearson
                                   United States District Judge